IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN QUARLES, | : |
| Plaintiff, | : |
| | : Civil Action |
| v. | : No. 21-2813 |
| | : |
| COMMISSIONER DANIELLE OUTLAW, et al., | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT INDEX**

Exhibit A: Arrest Memo

Exhibit B: Officer Ponente's deposition

Exhibit C: Officer Ponente's body worn camera footage

Exhibit D: Officer Rozman's body worn camera footage

Exhibit E: Plaintiff's Amended Complaint

Exhibit F: Philadelphia Police Department Arrest Report DC # 20-35-010242

Exhibit G: Philadelphia Police Department Arrest Report DC # 20-18-025396

Exhibit H: Ownership & Non-Permission Interview Sheet

Exhibit I: Plaintiff's Criminal History

Exhibit J: Motion to Revoke Bond

Exhibit K: PPD Directive 5.27 Firearms

Exhibit L: Officer Tilghman's deposition