## Arrest Memo

District: 35   RPC # 3531   DC#20-35-010242 Sector: 3   Date:02-03-2020   Time Of Assignment: 4:51P
Time Of Occurrence: 4:51P   Location Of Occurrence: 2100 W Nedro Ave   In / Out: OUT
Location Of Arrest: Gary st and Chew ave   Time Of Arrest: 5:00P   Type of Assignment: Sight

**Arresting Officer:** MATTHEW PONENTE   Badge 7384   District: 35
Squad/Group 1B   Vacation From       To         Pr. # 289634

**Arresting Officer:** Gina Rozman   Badge: 7079   District: 35
Squad/Group 1B   Vacation from       To         Pr. # 292904

**Complainant:**   Age:   Race:   Sex: Male Address:   Phone#
**Witness:**   Address:   Phone#

**Defendant:** RYAN QUARLES  Age: 25 DOB: 01-16-1995 Race  BLACK  Sex:  Male   Address: 1629 W BUTLER ST. PHILA PA 19140

**Defendant:**   Age:   DOB:   Race   Sex: Male   Address:

**Defendant:**   Age:   DOB:   Race   Sex: Male   Address:

Property receipt # 3449570   Item: Georgia Gun permit
Property receipt # 3449571   Item: GUN
Property receipt #             Item:

### Details Of Arrest

ON February 3rd 2020, at approx. 4:51PM, officers Ponente #7384 and Rozman #7079 observed a maroon colored Buick Lacrosse, PA tag of LFW5995 disregard a stop sign, and failure to signal while making a right hand turn at the intersection of 21st and Nedro Ave. When police got behind the vehicle, the vehicle fled at a high rate of speed from police. Police were able to follow the vehicle at a normal speed with traffic without any emergency lights or sirens. Police were able to locate the vehicle at the intersection of chew and price st. Police activated their emergency lights and sirens and the vehicle came to a stop at chew and gray st. Due to the vehicle fleeing from police, police conducted a felony car stop on the vehicle. The occupants were removed and detained. The driver of the vehicle, Ryan Quarles dob 01-16-1995 had a large unnatural bulge in his right pant pocket. That area was frisked and recovered from the male was a black Ruger LCR .38 special serial number 545-81271, fully loaded with 5 live .38 special rounds. The defendant stated he had a valid permit to carry out of Georgia. Once the passenger, Nyseem Smith dob 09-21-2000 was removed from the vehicle and detained, police were then able to check the validity of the males permit. Police contacted PA CIC Fusion Center to run the firearm the male had on his person to check for ownership and if it was stolen or not. Police were told that they needed to contact the Georgia state Fusion Center in order to check for the gun permits status. Police were given the phone number to Gwinnett County dispatch who stated in order to check the validity of the males permit, the front desk of Phila police radio needed to send the males info in a teletype

Arrest Memo

to GA0670200 and Gwinnett county radio room would relay the permits information to Phila police radio front desk. Police radio front desk stated that the information returned from Gwinnett county showed the male had no active valid permit to carry. Body worn cameras were active during the phone calls with the phone on the 'speaker' setting. Male was taken into custody and Transported to NWDD for processing. Georgia gun permit placed on PR # 3449570 and firearm placed on Pr # 3449571. 35B was on location for duration of investigation.