# Philadelphia Police Department Arrest Report

| Defendant: last name: **QUARLES** | Sex: **Male** | SSN: 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 | DOB: **01/16/1995** |
|---|---|---|---|
| first name: **RYAN** | middle initial: Race: **Black** | | Birth Place: **Philadelphia** |

Address: **1704  Summer Ridge**  **LN  Lawrenceville GA 30044-**
Home Phone #: **215-000-0000**  Cell Phone#: **-  -**  Cell Phone Carrier:
Email Address:  Social Media Address:

| Year: **2020** | District: **35** | DC#: **20-35-010242** | PSA: **3** | Ctrl#: **01481** |
|---|---|---|---|---|
| PID: **1065601** | SID: **36225475** | OTN: **U1959952** | Event: **132019276** | CBN: **1614569** |
| Crime Class: **1501** | Desc: **Weapons (carrying, possession of) violation uniform firearms act (adults) handgun** | | Authority: **Philadelphia Police Department** | |
| DFJ: **N** | | | FBI / FID: **AV5L609TC** | |

Arrest Name: RYAN QUARLES  DOB: 01/16/1995  SSN:

Address given to PPD: 1629 W butler ST Philadelphia PA 19140

## ARREST INFORMATION:

Date / Time: 02/03/2020 05:38PM  District: 35  Inside/Outside: O  Arrest Type: **SA**  VIDEO: **N**

2100 W nedro  AV  Philadelphia PA 19138-

Slating Date: 02/03/2020  Slating Time: 06:54PM  Sum/Warr:  Issued By AC Magistrate:

## OCCURRENCE:

Date / Time:  02/03/2020 04:51PM  Date reported: 00/00/0000 00:00AM  Inside/Outside: O  Codefendants?: N

2100 W  NEDRO  AV  Philadelphia PA 19138-

*Gun Involved:* Y  *Gun Discharged:* N  *Shooting Victim:* N  BWC Video: Y

## FACTS OF THE CASE:

ON FEBRUARY 3RD 2020, AT APPROX. 4:51PM, OFFICERS PONENTE #7384 AND ROZMAN #7079 OBSERVED A MAROON COLORED BUICK LACROSSE, PA TAG OF LFW-5995 DISREGARD A STOP SIGN, AND FAILURE TO SIGNAL THE START OF A TURN WHILE MAKING A RIGHT HAND TURN AT THE INTERSECTION OF 21ST ST. AND NEDRO AVE. WHEN POLICE GOT BEHIND THE VEHICLE, THE VEHICLE FLED AT A HIGH RATE OF SPEED FROM POLICE. POLICE WERE ABLE TO FOLLOW THE VEHICLE AT A NORMAL SPEED WITH TRAFFIC WITHOUT ANY EMERGENCY LIGHTS OR SIRENS. POLICE WERE ABLE TO LOCATE THE VEHICLE AT THE INTERSECTION OF CHEW AND PRICE ST. POLICE ACTIVATED THEIR EMERGENCY LIGHTS AND SIRENS AND THE VEHICLE CAME TO A STOP AT CHEW AND GRAY ST. DUE TO THE VEHICLE FLEEING FROM POLICE, POLICE CONDUCTED A FELONY CAR STOP ON THE VEHICLE. THE OCCUPANTS WERE REMOVED AND DETAINED. THE DRIVER OF THE VEHICLE, RYAN QUARLES DOB 01-16-1995 HAD A LARGE UNNATURAL BULGE IN HIS RIGHT PANT POCKET. THAT AREA WAS FRISKED AND RECOVERED FROM THE MALE WAS A BLACK RUGER LCR .38 SPECIAL SERIAL NUMBER 545-81271 LOADED WITH (5) LIVE ROUNDS.

THE DEFENDANT STATED HE HAD A VALID PERMIT TO CARRY OUT OF GEORGIA. ONCE THE PASSENGER, NYSEEM SMITH DOB 09-21-2000 WAS REMOVED FROM THE VEHICLE AND DETAINED, POLICE WERE THEN ABLE TO CHECK THE VALIDITY OF THE MALES PERMIT. POLICE CONTACTED PA CIC FUSION CENTER TO RUN THE FIREARM THE MALE HAD ON HIS PERSON TO CHECK FOR OWNERSHIP AND IF IT WAS STOLEN OR NOT. POLICE WERE TOLD THAT THEY NEEDED TO CONTACT THE GEORGIA STATE FUSION CENTER IN ORDER TO CHECK FOR THE GUN PERMITS STATUS. POLICE WERE GIVEN THE PHONE NUMBER TO GWINNETT COUNTY DISPATCH WHO STATED IN ORDER TO CHECK THE VALIDITY OF THE MALES PERMIT. AN INQUIRY BY OFFICERS ON SCENE REVEALED THAT HE DID NOT POSSESS A VALID PERMIT TO CARRY OUT OF GA. HE WAS TAKEN INTO CUSTODY WITHOUT INCIDENT AND TRANSPORTED TO 35TH CCTV FOR PROCESSING.

## CHARGES:

| Code | OC | Description | Grade | Counts |
|---|---|---|---|---|
| CC6106 | | VUFA-NO LICENSE | F3 | 001 |
| CC6108 | | VUFA-ON STREETS | M1 | 001 |

## REQUESTED HEARING DATE:  REQUESTED HEARING LOCATION:

02/18/2020 00:00

## COMPLAINANTS AND WITNESSES:

*Complainant(s)*

P/OFF PONENTE MATTHEW, M  Age: 99  Phone(H): 215-000-0000  Phone(W):  -  -  SSN: 289-63-4

- - 35th District -  Phila PA 00000-

Email Address:

| ARREST REPORT BY: | Badge | Dist/Unit Description | UNIT | Platoon | Squad | Group Id |
|---|---|---|---|---|---|---|
| 234907  ROSE SHANE SHANE | 957 | Northwest Detectives Division | 6600 | 1 | C | |

## ARREST REPORT APPROVED BY:

Supervisor- payroll no:  BURKE JOSEPH JOSEPH  268581  Approval Code:  Approved

# *Philadelphia Police Department Arrest Report*

*Page 2 of 2 PARS*

| Defendant: | last name: | **QUARLES** | Sex: **Male** | SSN: **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** | DOB: **01/16/1995** |

| first name: | **RYAN** | middle initial: | Race: **Black** | Birth Place: **Philadelphia** |

## POLICE PERSONNEL:

| Employee Name | Payroll Number | Badge | UNIT | Platoon/Group | Vacation Dates | Vacation Description | Needed At Hearing Police/Sup | Arrest OFC. |
|---|---|---|---|---|---|---|---|---|
| ROSE SHANE SHANE | 234907 | 957 | 6600 | 1 C | | | Y / N | N |
| PONENTE MATTHEW MATTHEW | 289634 | 7384 | 3500 | 1 B | 02/27/2020 to 02/27/2020 | Training | N / Y | Y |
| PONENTE MATTHEW MATTHEW | | | 3500 | B | 03/06/2020 to 03/07/2020 | Vacation | N / Y | Y |
| PONENTE MATTHEW MATTHEW | | | 3500 | B | 03/18/2020 to 03/18/2020 | Vacation | N / Y | Y |
| ROZMAN GINA GINA | 292904 | 7079 | 3500 | B | 04/06/2020 to 04/06/2020 | Vacation | N / N | Y |
| ROZMAN GINA GINA | | | 3500 | B | 04/26/2020 to 04/30/2020 | Vacation | N / N | Y |
| ROZMAN GINA GINA | | | 3500 | B | 05/07/2020 to 05/14/2020 | Vacation | N / N | Y |
| ROZMAN GINA GINA | | | 3500 | B | 05/12/2020 to 05/12/2020 | Training | N / N | Y |
| ROZMAN GINA GINA | | | 3500 | B | 07/09/2020 to 07/16/2020 | Vacation | N / N | Y |

## ADDITIONAL INFORMATION:

Hits: Y        Statement?:        Lab User Fees Requested?: N        ADA Concerns?:

## EMPLOYER INFORMATION:

Occupation: none                Employer: unemployed                Phone: 215-000-0000

Philadelphia PA        -

## DESCRIPTIVE DATA:

| | | | |
|---|---|---|---|
| **Complexion** | ACNE | **Eye Characteristics** | NORMAL |
| **Eye Color** | BRO | **Facial Hair** | BEARD W_MUSTACHE |
| **Glasses (Y=Yes)** | 0 | **Hair Color** | BLK |
| **Hair Length** | ABOVE EARS | **Hair Style** | CURLY |
| **Teeth** | NORMAL | | |