# Philadelphia Police Department Arrest Report

Page 1 of 2  PARS

| Defendant: last name: **QUARLES** | Sex: **Male** | SSN: **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** | DOB: **01/16/1995** |
|---|---|---|---|
| first name: **RYAN**  middle initial: | Race: **Black** | | Birth Place: **Philadelphia** |

Address: **1629 W BUTLER**    ST Philadelphia PA 19140-    4
Home Phone #: **215-000-0000**    Cell Phone#: - -    Cell Phone Carrier:
Email Address:    Social Media Address:

| Year: **2020** | District: **18** | DC#: **20-18-025396** | PSA: **1** | Ctrl#: **00000** |
|---|---|---|---|---|
| PID: **1065601** | SID: **36225475** | OTN: **U2013141** | Event: **162198795** | CBN: **1620092** |
| Crime Class: **1501** | Desc: **Weapons (carrying, possession of) violation uniform firearms act (adults) handgun** | | Authority: **Philadelphia Police Department** | |
| DFJ: **N** | | | FBI / FID: **AV5L609TC** | |

**Arrest Name:**    DOB: 00/00/0000    SSN:

**ARREST INFORMATION:**

Date / Time: 03/28/2020 07:59PM    District: 18    Inside/Outside: O    Arrest Type: **SA**    VIDEO: **N**
5800  SPRUCE  ST  Philadelphia PA 19139-
Slating Date: 03/28/2020    Slating Time: 11:19PM    Sum/Warr:    Issued By AC Magistrate:

**OCCURRENCE:**

Date / Time: 03/28/2020 07:32PM    Date reported: 03/28/2020 07:58PM    Inside/Outside: O    Codefendants?: N
5800  SPRUCE  ST  Philadelphia PA 19139-
*Gun Involved:* **Y**    *Gun Discharged:* **N**    *Shooting Victim:* **N**    *BWC Video:* **Y**

**FACTS OF THE CASE:**

ON 03/28/20 APPROXIMATELY 7:32 PM, 18TH DISTRICT P/O(S) TILGHMAN #6338 AND TURNER #9439 OBSERVED A SILVER KIA OPTIMA BEARING VA TAG UNT-1892 TRAVELING WEST BOUND ON THE BLOCK WITHOUT ANY LIGHTS ON IN RAINY CONDITIONS AND AFTER DARK, WHICH IS A VIOLATION OF MOTOR VEHICLE CODE MVC 4303A (HEAD LAMPS REQUIRED). FOR THIS VIOLATION, THE OFFICERS INITIATED AN INVESTIGATION ON THE VEHICLE. ONCE HE APPROACHED THE VEHICLE, P/O TILGHMAN SMELLED AN ODOR OF BURNT MARIJUANA COMING FROM THE VEHICLE. HE ALSO OBSERVED ASHES SCATTERED THROUGHOUT THE CAR. HE ASKED ALL OF THE OCCUPANTS OF THE VEHICLE- OF WHICH THERE WERE FOUR- FOR THEIR IDENTIFICATION AND RETURNED TO HIS VEHICLE. P/O TILGHMAN THEN WENT OVER POLICE RADIO AND REQUESTED THAT A SUPERVISOR COME TO THEIR LOCATION IN REFERENCE TO THE SMELL OF MARIJUANA. 18D, SGT. MCCABE #403, ARRIVED ON LOCATION AND CONFIRMED THE ODOR OF MARIJUANA. AT THAT POINT, THE OFFICERS BEGAN TO REMOVE THE PASSENGERS OF THE VEHICLE: STARTING WITH THE DRIVER IN ORDER TO SEARCH THEM FOR MARIJUANA OR OTHER CONTRABAND.  EACH SEARCH YIELDED NEGATIVE RESULTS EXCEPT FOR THE OFFENDER- LATER IDENTIFIED AS RYAN QUARLES (DOB: 01/16/95, PPN 1065601)- WHO WAS SITTING IN THE FRONT PASSENGER SEAT. WHEN THE OFFICERS REMOVED QUARLES FROM THE VEHICLE, HE WAS EXTREMELY NERVOUS. HE WAS TRYING TO GET BACK INSIDE THE VEHICLE. THE OFFICERS INSTRUCTED HIM TO RAISE HIS HANDS, AND QUARLES BEGAN TO REACH TOWARD HIS WAIST. THE OFFICERS THEN POSITIONED QUARLES AGAINST THE VEHICLE. P/O TILGHMAN WENT TO THE RIGHT SIDE OF QUARLES' WAIST WHERE HE HAD BEEN REACHING AND REMOVED A FIREARM. RECOVERED WAS A BLACK TAURUS PT111 G2 9MM SEMI-AUTOMATIC HANDGUN BEARING SERIAL NUMBER T1Z32822 LOADED WITH A MAGAZINE CONTAINING 9 IN THE MAGAZINE PLUS 1 IN THE CHAMBER. P/O TILGHMAN PASSED THE FIREARM TO A BACK-UP OFFICER WHO HAD ARRIVED ON LOCATION AND PLACED QUARLES IN HANDCUFFS.  P/O TURNER CHECKED QUARLES FOR A PERMIT TO CARRY A FIREARM WITH NEGATIVE RESULTS. QUARLES WAS ARRESTED AND TRANSPORTED TO 18CCTV FOR PROCESSING. THE FIREARM WAS PLACED ON A PROPERTY RECEIPT.

QUARLES WAIVED HIS MIRANDA RIGHTS FOR DETECTIVES AND PROVIDED A STATEMENT. IN SUMMARY, HE STATED HE POSSESSED THE FIREARM DURING THE ARREST. HE ALSO CLAIMED THAT HE HAD A PERMIT TO CARRY A FIREARM OUT OF GEORGIA.

A RECORD CHECK OF THE FIREARM REVEALED THAT IT WAS IN STOLEN STATUS OUT OF CLAYTON COUNTY, GA. REFER TO OCA# 19054834. THE OWNER OF THE FIREARM, WHO WAS CONTACTED BY DETECTIVES, STATED THAT HE DID NOT KNOW QUARLES AND THAT QUARLES DID NOT HAVE HIS PERMISSION TO CARRY THE FIREARM.

RECORD CHECKS OF QUARLES REVEALED THAT HE DID NOT POSSESS A PERMIT TO CARRY A FIREARM IN THE CITY OF PHILADELPHIA, THE COMMONWEALTH OF PENNSYLVANIA, OR GEORGIA. HE ALSO HAS AN OPEN CASE FOR VUFA OUT OF PHILADELPHIA.

**CHARGES:**

| Code | OC | Description | Grade | Counts |
|---|---|---|---|---|
| CC6106 | | VUFA-NO LICENSE | F3 | 001 |
| CC3925 | | THEFT-RSP | M | 001 |
| CC6108 | | VUFA-ON STREETS | M1 | 001 |

**REQUESTED HEARING DATE:**    **REQUESTED HEARING LOCATION:**
04/08/2020 00:00    703: 1301 Filbert Street, Stout Center

# Philadelphia Police Department Arrest Report

Page 2 of 2 *PARS*

| Defendant: | last name: **QUARLES** | | Sex: **Male** | SSN: **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** | DOB: **01/16/1995** |
|---|---|---|---|---|---|
| | first name: **RYAN** | middle initial: | Race: **Black** | | Birth Place: **Philadelphia** |

## COMPLAINANTS AND WITNESSES:

**Complainant(s)**

PHILADELPHIA POLICE DEPARTMENT         Age: 99    Phone(H): 215-000-0000  Phone(W): 215-000-0000  SSN: - -
5510 PINE ST APT/Suite: Philadelphia PA 19143-
Email Address:

| ARREST REPORT BY: | | Badge | Dist/Unit Description | UNIT | Platoon | Squad | Group Id |
|---|---|---|---|---|---|---|---|
| 262995 | JARA GREGORY GREGORY | 616 | Southwest Detectives Division | 6500 | 5 | A | |

**ARREST REPORT APPROVED BY:**

Supervisor- payroll no:   WALSH THOMAS THOMAS        206851        Approval Code: Approved - Hearing list change

## POLICE PERSONNEL:

| Employee Name | Payroll Number | Badge | UNIT | Platoon/Group | Vacation Dates | Vacation Description | Needed At Hearing Police/Sup | Arrest OFC. |
|---|---|---|---|---|---|---|---|---|
| TIGHE DAVID | 208807 | 776 | 6500 | 5 A | 05/09/2020 to 05/17/2020 | Vacation | N / N | N |
| TIGHE DAVID | | | 6500 | A | 11/30/2020 to 12/04/2020 | Vacation | N / N | N |
| SLOBODIAN DENNI DENNIS | 247356 | 9239 | 6500 | 3 B | 08/19/2020 to 08/26/2020 | Vacation | N / N | N |
| SLOBODIAN DENNI DENNIS | | | 6500 | B | 08/27/2020 to 09/08/2020 | Vacation | N / N | N |
| SLOBODIAN DENNI DENNIS | | | 6500 | B | 10/28/2020 to 11/02/2020 | Vacation | N / N | N |
| SLOBODIAN DENNI DENNIS | | | 6500 | B | 12/13/2020 to 12/18/2020 | Vacation | N / N | N |
| CAMPBELL FRANCE FRANCES | 248524 | 724 | 6500 | B | 06/21/2020 to 07/05/2020 | Vacation | N / N | N |
| JARA GREGORY GREGORY | 262995 | 616 | 6500 | 5 A | 04/06/2020 to 04/10/2020 | Vacation | N / N | N |
| JARA GREGORY GREGORY | | | 6500 | A | 06/27/2020 to 07/05/2020 | Vacation | N / N | N |
| JARA GREGORY GREGORY | | | 6500 | A | 08/24/2020 to 09/13/2020 | Vacation | N / N | N |
| TURNER AARON AARON | 276062 | 9439 | 1800 | 5 A | | | N / N | Y |
| TILGHMAN KEVIN KEVIN | 283036 | 6338 | 1800 | A | 04/08/2020 to 04/12/2020 | Vacation | Y / Y | Y |
| TILGHMAN KEVIN KEVIN | | | 1800 | A | 07/12/2020 to 07/20/2020 | Vacation | Y / Y | Y |

## ADDITIONAL INFORMATION:

Hits: Y        Statement?: Y        Lab User Fees Requested?: N        ADA Concerns?:

## EMPLOYER INFORMATION:

Occupation: UNEMPLOYED            Employer: unknown                Phone: 215-000-0000

0000 0 unknown 00 APT/Suite: 0000 Philadelphia PA    -

## DESCRIPTIVE DATA:

| | | | |
|---|---|---|---|
| **Complexion** | CLEAR | **Eye Characteristics** | NORMAL |
| **Eye Color** | BRO | **Facial Hair** | BEARD W_MUSTACHE |
| **Glasses (Y=Yes)** | 0 | **Hair Color** | BLK |
| **Hair Length** | ABOVE EARS | **Hair Style** | CURLY |
| **Teeth** | NORMAL | | |

**Appended Text**

THE DEFENDANT PROVIDED A POST-MIRANDA STATEMENT WHICH HAS BEEN UPLOADED TO THE COMMANDER SITE.