**OWNERSHIP & NON-PERMISSION INTERVIEW SHEET**

Yr/Dist/DC# 20-18-025396

1) Name of Complainant: Marquelious McNabb (DOB: 07/04/91, 6726 Para Blvd. Jonesboro, GA, 678-541-3114)

*What was Taken / Entered / Damaged / Used ? (circle one)*          *Description*

| | |
|---|---|
| **House/Building/Property** | Address:<br><br>Residential / Commercial     (*circle one*) |
| **Vehicle/Trailer/Boat** | Make/Model/Year:<br><br>Tag:<br>VIN: |
| **Gun/Firearm** | Make/Model: Taurus PT111 Millennium G2<br>Serial #: T1Z32822 |
| **Credit/ATM/Debit/EBT Cards** | Issuing Authority:_____<br><br>Card #:_____ |
| **Checks** | Bank:_____<br><br>Account:_____<br><br>Was anybody else an authorized user? Yes / NO<br><br>If yes, Who/Relationship:_____<br><br>_____ |
| **Other** | Describe:<br><br>_____<br><br>_____ |

D0048

2) Is complainant the legal owner of property / item?
If no, who is? Yes

3) Property was last seen:
    a)    Date: 2019        Time:        Location:

4) What condition was the property in when last seen by owner / possessor? Good

    a) If house or vehicle, were they left locked?

5) Damages to property when recovered (include damages to doors / ignition)?

    a)  What was taken from the Vehicle?
    b)  Total value:

7)  List defendant(s): Ryan Quarles (DOB: 01/16/95)

8) Does the complainant know the defendant(s) No

9) Did the defendant have permission to enter property or take / use item(s)? No

10) Will the complainant come to court should the case go to trial? Yes.

Preparing Detective:

Det. Greg Jara #612

3·28·20 @
10:44 P

D0049