```
Charge                       1
      Charge Number          88404656406001
Charge Tracking Number       88404656406
      Charge Literal         DRIVING WHILE LICENSE SUSPENDED OR REVOKED
            Statute           (40-5-121(a); GA)
   NCIC Offense Code         5499
  State Offense Code         5412
           Severity          Misdemeanor
        Disposition          ( 2016-09-23; NOLO CONTENDERE)
Charge                       2
      Charge Number          88404656406002
Charge Tracking Number       88404656406
      Charge Literal         KNOWINGLY DRIVING MOTOR VEHICLE ON SUSPENDED, CANCELED, OR
REVOKED REGISTRATION
            Statute           (40-6-15; GA)
   NCIC Offense Code         5499
  State Offense Code         5449
           Severity          Misdemeanor
        Disposition          ( 2016-09-09; WARRANT ISSUED)
                             ( 2016-09-23; AMENDED TO A NON-FINGERPRINTABLE
                             CHARGE)
Charge                       3
      Charge Number          88404656406003
Charge Tracking Number       88404656406
      Charge Literal         NON-FINGERPRINTABLE OFFENSE - FOR USE WITH NON-FINGERPRINTABLE
OFFENSES ONLY
    Charge Description       AMENDED FROM CTN 2. 40-2-8 EXPIRED TAG
            Statute           (Not Found; GA)
  State Offense Code         9000
           Severity          Misdemeanor
        Disposition          ( 2016-09-23; NOLO CONTENDERE)

------------------------------------------------------------------------
Sentencing                   (Cycle 1)
Sentence Date                2016-09-23
Sentencing Agency            GA067021J GWINNETT COUNTY RECORDERS COURT
Charge                       1
      Charge Number          88404656406001
Charge Tracking Number       88404656406
      Charge Literal         DRIVING WHILE LICENSE SUSPENDED OR REVOKED
           Severity
Sentence                     CONFINEMENT
Sentence                     --CREDIT WITH TIME SERVED

------------------------------------------------------------------------
Sentencing                   (Cycle 1)
Sentence Date                2016-09-23
Sentencing Agency            GA067021J GWINNETT COUNTY RECORDERS COURT
Charge                       3
      Charge Number          88404656406003
Charge Tracking Number       88404656406
      Charge Literal         NON-FINGERPRINTABLE OFFENSE - FOR USE WITH NON-FINGERPRINTABLE
OFFENSES ONLY
           Severity
Sentence                     FINE $45.00
============================= Cycle 2 =============================
Tracking Number              88413368433
Earliest Event Date          2018-06-11 Incident Date          2018-06-11
------------------------------------------------------------------------
Arrest Date                  2018-06-11
Arrest Case Number           1811696
Arresting Agency             GAAPD0000 ATLANTA POLICE DEPARTMENT
```

```
Subject's Name           QUARLES, RYAN MICHAEL
Arrest Type              Adult
Charge                   1
        Charge Number    88413368433001
Charge Tracking Number   88413368433
       Charge Literal    ARMED ROBBERY
   Charge Description    #EW0232094
              Statute    (16-8-41; GA)
   NCIC Offense Code     1299
   State Offense Code    1216
             Severity    Felony
Charge                   2
        Charge Number    88413368433002
Charge Tracking Number   88413368433
       Charge Literal    ARMED ROBBERY
   Charge Description    #EW0232095
              Statute    (16-8-41; GA)
   NCIC Offense Code     1299
   State Offense Code    1216
             Severity    Felony
Charge                   3
        Charge Number    88413368433003
Charge Tracking Number   88413368433
       Charge Literal    AGGRAVATED ASSAULT
   Charge Description    #EW0232093(INTENT TO ROB)
              Statute    (16-5-21; GA)
   NCIC Offense Code     1315
   State Offense Code    1318
             Severity    Felony
Charge                   4
        Charge Number    88413368433004
Charge Tracking Number   88413368433
       Charge Literal    POSSESSION OF FIREARM OR KNIFE DURING COMMISSION OF OR ATTEMPT TO COMMIT CERTAIN FELONIES
   Charge Description    #EW0232636
              Statute    (16-11-106; GA)
   NCIC Offense Code     5299
   State Offense Code    5254
             Severity    Felony
Charge                   5
        Charge Number    88413368433005
Charge Tracking Number   88413368433
       Charge Literal    FINANCIAL TRANSACTION CARD FRAUD
   Charge Description    #EW0232638
              Statute    (16-9-33; GA)
   NCIC Offense Code     2605
   State Offense Code    2615
             Severity    Felony
Charge                   6
        Charge Number    88413368433006
Charge Tracking Number   88413368433
       Charge Literal    FINANCIAL TRANSACTION CARD FRAUD
   Charge Description    #EW0232639
              Statute    (16-9-33; GA)
   NCIC Offense Code     2605
   State Offense Code    2615
             Severity    Felony
Charge                   7
        Charge Number    88413368433007
Charge Tracking Number   88413368433
       Charge Literal    FINANCIAL TRANSACTION CARD FRAUD
   Charge Description    #EW0232640
```

```
                Statute      (16-9-33; GA)
     NCIC Offense Code       2605
    State Offense Code       2615
              Severity       Felony
Charge                       8
         Charge Number       88413368433008
Charge Tracking Number       88413368433
        Charge Literal       IDENTITY THEFT FRAUD WHEN USING/POSSESSING IDENTIFYING INFO
CONCERNING A PERSON - FELONY
    Charge Description       #EW0232637
                Statute      (16-9-121(a)(1); GA)
     NCIC Offense Code       2610
    State Offense Code       2701
              Severity       Felony
=============================== Cycle 3 ===============================
Tracking Number              88413788912
Earliest Event Date          2018-07-14 Incident Date        2018-02-15
-----------------------------------------------------------------------
Arrest Date                  2018-07-14
Arresting Agency             GA0440200 DEKALB COUNTY POLICE DEPARTMENT
Subject's Name               RYAN, MICHAEL QUARIES
Arrest Type                  Adult
Charge                       1
         Charge Number       88413788912001
Charge Tracking Number       88413788912
        Charge Literal       FINANCIAL TRANSACTION CARD FRAUD
                Statute      (16-9-33; GA)
     NCIC Offense Code       2605
    State Offense Code       2615
              Severity       Felony
Charge                       2
         Charge Number       88413788912002
Charge Tracking Number       88413788912
        Charge Literal       FINANCIAL TRANSACTION CARD FRAUD
                Statute      (16-9-33; GA)
     NCIC Offense Code       2605
    State Offense Code       2615
              Severity       Felony
Charge                       3
         Charge Number       88413788912003
Charge Tracking Number       88413788912
        Charge Literal       FINANCIAL TRANSACTION CARD FRAUD
                Statute      (16-9-33; GA)
     NCIC Offense Code       2605
    State Offense Code       2615
              Severity       Felony

-----------------------------------------------------------------------
Court Disposition            (Cycle 3)
Court Case Number            19CR2396
Court Agency                 GA044015J DEKALB COUNTY SUPERIOR COURT
Subject's Name               RYAN, MICHAEL QUARIES
Charge                       1
         Charge Number       88413788912001
Charge Tracking Number       88413788912
        Charge Literal       FINANCIAL TRANSACTION CARD FRAUD
                Statute      (16-9-33; GA)
     NCIC Offense Code       2605
    State Offense Code       2615
              Severity       Felony
           Disposition       ( 2020-02-03; NOT PRESENTED TO GRAND JURY -
                             RESTRICT NON-CJ PURPOSE)
```

```
          Charge                 2
           Charge Number         88413788912002
  Charge Tracking Number         88413788912
          Charge Literal         FINANCIAL TRANSACTION CARD FRAUD
                 Statute         (16-9-33; GA)
      NCIC Offense Code          2605
     State Offense Code          2615
                Severity         Felony
             Disposition         ( 2020-02-03; NOT PRESENTED TO GRAND JURY -
                                 RESTRICT NON-CJ PURPOSE)
          Charge                 3
           Charge Number         88413788912003
  Charge Tracking Number         88413788912
          Charge Literal         FINANCIAL TRANSACTION CARD FRAUD
                 Statute         (16-9-33; GA)
      NCIC Offense Code          2605
     State Offense Code          2615
                Severity         Felony
             Disposition         ( 2020-02-03; NOLLE PROSEQUI/NOLLE PROSSED -
                                 RESTRICT NON-CJ PURPOSE)
************************   INDEX OF AGENCIES   ************************

Agency                     DEKALB COUNTY SUPERIOR COURT; GA044015J;
-----------------------------------------------------------------------
Agency                     DEKALB COUNTY POLICE DEPARTMENT; GA0440200;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY SHERIFFS OFFICE; GA0670000;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY RECORDERS COURT; GA067021J;
-----------------------------------------------------------------------
Agency                     ATLANTA POLICE DEPARTMENT; GAAPD0000;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY SHERIFFS OFFICE; GA0670000;
-----------------------------------------------------------------------
Agency                     ATLANTA POLICE DEPARTMENT; GAAPD0000;
-----------------------------------------------------------------------
Agency                     DEKALB COUNTY POLICE DEPARTMENT; GA0440200;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY RECORDERS COURT; GA067021J;
-----------------------------------------------------------------------
Agency                     DEKALB COUNTY SUPERIOR COURT; GA044015J;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY RECORDERS COURT; GA067021J;
-----------------------------------------------------------------------
Agency                     GWINNETT COUNTY RECORDERS COURT; GA067021J;

                           * * * END OF RECORD * * *

Triple I Status: Multi-State
```