1  know and I'll rephrase it.
2      A.   Okay.
3      Q.   I'd like to just start off, what's the
4  highest level of education do you have?
5      A.   I have a bachelor's degree from Slippery
6  Rock University.
7      Q.   Okay.  And would that be in criminal
8  justice?
9      A.   That's correct.
10     Q.   All right.  How do you verify a gun
11 license?
12     A.   You run the person through the NCIC/PCIC
13 system or you can call the -- if they have a license
14 to carry, you can call the -- the number on the
15 license to carry.  It's normally the State Police of
16 Pennsylvania.
17     Q.   Okay.
18     A.   You also can call NCIC as well.
19     Q.   Okay.  So is it fair to say you're not an
20 expert in Georgia's gun laws?
21     A.   Expert?  No.
22     Q.   All right.  How does -- what's the
23 Philadelphia Police Department's specific policy on
24 verifying a gun permit issued from the State of
25 Georgia?

1  A. You would have to call NCIC and if you --
2  NCIC/PCIC, and if you -- if they can't get in
3  contact with that, I would probably call the
4  detectives because they can go further.  They can,
5  you know, investigate it a little further.
6  Q. Okay.  All right.  To -- to the best of
7  **your knowledge, does the Philadelphia Police**
8  **Department have a specific policy for verifying**
9  **Georgia gun licenses?**
10 A. No, not a specific, not that I would know
11 of.
12 Q. **All right.  Do you remember your encounter**
13 **with Ryan Quarles in March 29, 2020?**
14 A. Yeah, I remember the -- the general -- the
15 gist of it, correct, yes.
16 Q. **All right.  All right.  Well, remember**
17 **that you placed him under arrest for carrying a**
18 **firearm without a license?**
19 A. Correct.
20 Q. **All right.  Now, if Mr. Quarles was**
21 **capable of handing you a valid license to carry,**
22 **would you have arrested him?**
23 A. A valid license to carry?
24 Q. **Yes.**
25 A. Out of Philadelphia?