# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan Quarles, | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Commissioner Outlaw, et al., | : | Civil Action |
| Defendants | : | No. 21-cv-02813 |
| | : | |
| | : | |

## PLAINTIFF'S INDEX FOR RESPONSE AND OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.

Exhibit A: Quarles' deposition (excerpt)

Exhibit B: Pennsylvania-Georgia Reciprocity Agreement

Exhibit C: Judge Ballar's Letter

Exhibit D: Outlaw's Response to RFA

Exhibit E: PPD Directive 5.27

Exhibit F: Ponente's deposition

Exhibit G: Tilghman's deposition

Exhibit H: Jara's deposition.

Exhibit I: Ponente's Full bodycam

Exhibit J: Ponente's 75-48