# EXHIBIT B

# Commonwealth of Pennsylvania
# Office of the Attorney General

# Reciprocity Agreements



### Civil Law Division
### Legal Review Section

# RECIPROCITY AGREEMENT
## between
## The Commonwealth of Pennsylvania
## and
## The State of Georgia

This Reciprocity Agreement is between the Commonwealth of Pennsylvania, by and through its Office of Attorney General, and the State of Georgia, by and through its Office of Attorney General (together, the "Parties").

**WHEREAS**, the purpose of this Reciprocity Agreement is to mutually extend reciprocal concealed firearm carry license privileges to the residents of the Commonwealth of Pennsylvania and the State of Georgia;

**WHEREAS**, the Commonwealth of Pennsylvania authorizes individuals, with a license issued under 18 Pa. C.S. § 6109 (the "PA License"), to carry a concealed firearm;

**WHEREAS**, the State of Georgia authorizes individuals, with a license issued under O.C.G.A. § 16-11-129 (the "GA License"), to carry a concealed firearm;

**WHEREAS**, the Office of Attorney General of the Commonwealth of Pennsylvania is authorized by 18 Pa. C.S. § 6109(k) to enter into a reciprocity agreement with the State of Georgia providing for the recognition of GA Licenses;

**WHEREAS**, the Office of Attorney General of the State of Georgia is authorized by O.C.G.A. § 16-11-126(e) to enter into a reciprocity agreement with the Commonwealth of Pennsylvania providing for the recognition of PA Licenses;

**WHEREAS**, the Office of Attorney General of the Commonwealth of Pennsylvania has determined that the GA License meets the requirements for reciprocity in the Commonwealth of Pennsylvania;

**WHEREAS**, the Office of Attorney General of the State of Georgia has determined that the PA License meets the requirements for reciprocity in the State of Georgia; and

**NOW, THEREFORE**, in consideration of the mutual benefits and obligations set forth in this Reciprocity Agreement, the Parties hereby agree and covenant as follows:

1. The recitals above are reaffirmed and incorporated herein as material provisions of this Reciprocity Agreement.

2. The Commonwealth of Pennsylvania shall recognize all valid GA Licenses issued to legal residents of the State of Georgia who are 21 years of age or older; the rights and privileges of GA License holders recognized under this Reciprocity Agreement shall be the same as, and not greater than, those rights and privileges granted to PA License holders under Pennsylvania law.

3. The State of Georgia shall recognize all valid PA Licenses; the rights and privileges of PA License holders recognized under this Reciprocity Agreement shall be the same as, and not greater than, those rights and privileges granted to GA License holders under Georgia law.

4. This Reciprocity Agreement applies only to the carrying of concealed firearms and not to any other types of weapons.

5. The Commonwealth of Pennsylvania and the State of Georgia will promptly inform each other of any changes in their respective concealed carry firearm license statutes and provide a copy of the revised statutes, as any changes may impact the validity of this Reciprocity Agreement.

6. This Reciprocity Agreement is contingent upon and shall remain effective only as long as the respective statutory authority set forth above continues to authorize the Parties to grant reciprocal privileges.

7. This Reciprocity Agreement shall become immediately effective, and rescind and replace any prior agreement, upon its execution by the Parties and shall continue in effect unless modified or terminated by the Parties in writing.

8. This Reciprocity Agreement may be terminated by either Party upon thirty (30) calendar days' written notice.

9. GA License holders carrying a concealed firearm in the Commonwealth of Pennsylvania under this Reciprocity Agreement shall comply with all applicable laws, rules, and regulations of the Commonwealth of Pennsylvania.

10. PA License holders carrying a concealed firearm in the State of Georgia under this Reciprocity Agreement shall comply with all applicable laws, rules, and regulations of the State of Georgia.

11. This document is not intended to and shall not limit or restrict the statutory authority or jurisdiction of the Parties.

_____  4/16/18
Amy M. Elliott                Date
Chief Deputy Attorney General
Office of Attorney General
Commonwealth of Pennsylvania

_____  11/3/17
Tina M. Piper                 Date
Senior Assistant Attorney General
Office of Attorney General
State of Georgia