# EXHIBIT C



# Probate Court of Gwinnett County

**Christopher A. Ballar**
*Judge*

Sandra L. Pak
*Associate Judge*

Jenny Mitchell
Chief Clerk

Elizabeth A. Strupe
*Law Clerk*

May 4, 2021


LizMary Mejia-Julio
Philadelphia District Attorney's Office
3 S. Penn Square
Philadelphia, PA 19107-3499

In re: Commonwealth v. Quarles, Ryan

Dear Ms. Mejia-Julio:

The Court received your letter, requesting written documentation of whether the defendant had a valid license to carry in the state of Georgia.

Pursuant to O.C.G.A. § 16-11-129 (l), the judge of a probate court is authorized to verify the legitimacy and validity of a weapons carry license of a license holder pursuant to a subpoena or court order, for public safety purposes to law enforcement agencies pursuant to O.C.G.A. § 50-18-72 (a) (40), and for licensing to a judge of a probate court pursuant to O.C.G.A. § 50-18-72 (a) (40); provided, however, that the judge of a probate court shall not be authorized to provide any further information regarding license holders.

In response to your request, the Court verifies that Ryan Michael Quarles was the holder of a valid Georgia weapons carry license from September 29, 2016 through July 28, 2020.


Sincerely,

Christopher A. Ballar, Judge
Gwinnett County Probate Court


75 Langley Drive
Lawrenceville, GA 30046

(770) 822-8350 Phone
(770) 822-8267 Fax

www.gwinnettcourts.com