# EXHIBIT G



- COURT REPORTING
- LEGAL VIDEOGRAPHY
- VIDEOCONFERENCING
- TRIAL PRESENTATION
- MOCK JURY SERVICES
- LEGAL TRANSCRIPTION
- COPYING AND SCANNING
- LANGUAGE INTERPRETERS





(800) 528-3335
NAEGELIUSA.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN QUARLES,

    Plaintiff,

vs.                              Civil Action No. 21-cv-02813

COMMISSIONER OUTLAW, et al.

    Defendants.
_____

**REMOTE DEPOSITION BY VIDEOCONFERENCE**

**OFFICER KEVIN TILGHMAN**

TAKEN ON
JANUARY 4, 2022
3:23 P.M.

1515 ARCH STREET
PHILADELPHIA, PENNSYLVANIA 19102

```
                    2
 1        APPEARANCES BY VIDEOCONFERENCE
 2
 3  Appearing on behalf of the Plaintiff:
 4  AARON BELL, ESQUIRE
 5  Bell Law Offices
 6  7303 Frankford Avenue
 7  Philadelphia, PA  19136
 8  (215)609-4888
 9  (833)683-1636 (Fax)
10  aaronbelllawfirm@gmail.com
11
12  Appearing on behalf of the Defendant:
13  SHANNON ZABEL, ESQUIRE
14  City of Philadelphia Law Department
15  1515 Arch Street, 14th Floor
16  Philadelphia, PA  19102
17  (215)683-5433
18  Shannon.Zabel@phila.gov
19
20  Also Present:
21  Mark Nilson, Videoconference Technician
22
23
24
25
```

```
                    3
 1           EXAMINATION INDEX
 2                                    Page
 3
 4  EXAMINATION BY MR. BELL            5
 5
 6  EXAMINATION BY MS. ZABEL          17
 7
 8  FURTHER EXAMINATION BY MR. BELL   18
 9
10  FURTHER EXAMINATION BY MS. ZABEL  19
11
12  FURTHER EXAMINATION BY MR. BELL   20
```

```
                    4
 1              EXHIBITS INDEX
 2  Exhibit                          Page
 3
 4              (NONE MARKED)
```

```
                    5
 1   REMOTE DEPOSITION BY VIDEOCONFERENCE
 2         OFFICER KEVIN TILGHMAN
 3               TAKEN ON
 4            JANUARY 4, 2022
 5              3:23 P.M.
 6
 7      THE REPORTER:  Officer Tilghman, can I
 8  please have you raise your right hand?
 9      THE REPORTER:  Do you solemnly swear or
10  affirm under the penalty of perjury that the
11  testimony you are about to give will be the truth,
12  the whole truth, and nothing but the truth?
13      THE DEPONENT:  I do.
14      THE REPORTER: Thank you. Thank you,
15  Counsel.  You may proceed.
16  KEVIN TILGHMAN, having been duly sworn, was
17  examined, and testified as follows:
18  EXAMINATION
19  BY MR. BELL:
20      Q.  All right.  Good afternoon, Officer
21  Tilghman.
22      A.  Good afternoon.
23      Q.  Well, you're not a defendant in this case
24  so I don't have a lot of questions for you.  If you
25  don't understand any of my questions, just let me
```

**Page 6**

1  know and I'll rephrase it.
2     A.  Okay.
3     Q.  I'd like to just start off, what's the
4  highest level of education do you have?
5     A.  I have a bachelor's degree from Slippery
6  Rock University.
7     Q.  Okay. And would that be in criminal
8  justice?
9     A.  That's correct.
10    Q.  All right. How do you verify a gun
11 license?
12    A.  You run the person through the NCIC/PCIC
13 system or you can call the -- if they have a license
14 to carry, you can call the -- the number on the
15 license to carry. It's normally the State Police of
16 Pennsylvania.
17    Q.  Okay.
18    A.  You also can call NCIC as well.
19    Q.  Okay. So is it fair to say you're not an
20 expert in Georgia's gun laws?
21    A.  Expert? No.
22    Q.  All right. How does -- what's the
23 Philadelphia Police Department's specific policy on
24 verifying a gun permit issued from the State of
25 Georgia?

**Page 7**

1     A.  You would have to call NCIC and if you --
2  NCIC/PCIC, and if you -- if they can't get in
3  contact with that, I would probably call the
4  detectives because they can go further. They can,
5  you know, investigate it a little further.
6     Q.  Okay. All right. To -- to the best of
7  your knowledge, does the Philadelphia Police
8  Department have a specific policy for verifying
9  Georgia gun licenses?
10    A.  No, not a specific, not that I would know
11 of.
12    Q.  All right. Do you remember your encounter
13 with Ryan Quarles in March 29, 2020?
14    A.  Yeah, I remember the -- the general -- the
15 gist of it, correct, yes.
16    Q.  All right. All right. Well, remember
17 that you placed him under arrest for carrying a
18 firearm without a license?
19    A.  Correct.
20    Q.  All right. Now, if Mr. Quarles was
21 capable of handing you a valid license to carry,
22 would you have arrested him?
23    A.  A valid license to carry?
24    Q.  Yes.
25    A.  Out of Philadelphia?

**Page 8**

1     Q.  Out of any -- any state. It don't even
2  matter if their license was valid. And when I say
3  "valid", I mean it's valid under Pennsylvania law.
4     A.  Okay. Yeah, 'cause in Pennsylvania you
5  can only carry if it's reciprocated with other
6  commonwealths.
7     Q.  Yes, that's correct.
8     A.  So, yeah, if he -- if we could verify it,
9  you know, well, that's fine. But that wasn't --
10    Q.  Good.
11    A.  -- the case with that --
12    Q.  I understand, I understand. I'm not going
13 there. I understand.
14    A.  Yeah.
15    Q.  Okay. Hold on a second, Officer. Would
16 you call 911 dispatch to verify a firearms license?
17    A.  You -- there's -- there's instances where
18 you can because the front -- the dispatcher's
19 supervisor can; but, again, I don't think that
20 they're capable of running it outside of, you know,
21 like PA. I think that, again, you would have to
22 call NCIC/PCIC.
23    Q.  Okay.
24    A.  Which again is not a national database.
25    Q.  Okay. So -- all right. Let me rewind up

**Page 9**

1  just -- let me rewind just a little bit. So you said
2  there are instances where instead of calling a
3  fusion center or running somebody through NCIC/PCIC,
4  you will call 911 dispatch?
5     A.  It's not -- so what I would do is I would
6  go over air, which is police radio, and I would ask
7  --
8     Q.  Okay.
9     A.  -- for can they run them now for a
10 license, a valid license to carry.
11    Q.  Oh.
12    A.  Not actually call on the phone --
13    Q.  Okay.
14    A.  -- but I would relay that information over
15 the police radio and then the dispatcher will let
16 her supervisor run it. But, again, I think -- I
17 don't think we have the capable to run outside so we
18 would have to call NCIC.
19    Q.  All right, Officer. You know, I
20 apologize; I should have asked a better question or
21 made it more clear. My question specifically is,
22 would you call a 911 operator, not -- not your
23 radio. I'm not talking about your radio.
24    A.  Okay.
25    Q.  But while you -- yeah, like, while you're



### 10

1 on the phone, got somebody pulled over at a traffic
2 stop, would you get on your cell phone and dial 911
3 and the operator, "How can I help you?" "Hey, can
4 you verify a gun license?" You wouldn't do that,
5 right?
6    A.  No.
7    Q.  All right. That -- would -- okay. Is that
8 -- would that appear proper to you based on your
9 training?
10    A.  Based on -- based on my training, it would
11 be un-ordinary, but I'm pretty sure if it did
12 happen, you know, the operator -- the call taker
13 would transfer it over, you know, whoever to the --
14 to the appropriate resource.
15    Q.  All right. But you do understand that 911
16 dispatch officers typically don't verify gun
17 licenses?
18    A.  This is --
19       MS. ZABEL: Objection to the form. Go
20 ahead, Officer, you can answer.
21       THE DEPONENT: So, yes, call takers do not
22 because -- because it goes -- it goes from 911 call
23 taker to dispatch to us as the police.
24 BY MR. BELL:
25    Q.  Okay. All right. Hold on one second,

### 11

1 Officer. All right. So when you encountered Mr.
2 Quarles you did try to the best of your knowledge to
3 see if he actually had a valid license to carry from
4 the State of Georgia.
5    A.  Yes, so I think -- I believe -- I can't
6 really, you know, really remember every little
7 detail but I do remember calling up Southwest. I
8 remember, you know, stating that -- and if I'm not
9 mistaken, in my interview or some type of paperwork
10 that he said he had a license to carry out of
11 Georgia but the detectives couldn't find it, either,
12 I believe.
13    Q.  All right. All right. But you did get
14 it? I'm sorry.
15    A.  Yeah, and the -- and the firearm was
16 actually illegal that he had.
17    Q.  Yeah, it was reported stolen.
18    A.  Correct.
19    Q.  All right. If you were able to confirm
20 with the State of Georgia that -- that he had a
21 license, a valid license that was active at that
22 time -- I strike that question. You answered that
23 already. You're familiar with Pennsylvania law that
24 says that if a person isn't able to produce the
25 physical license, that's prima facie evidence that

### 12

1 that person doesn't have a license, right?
2    A.  Like, a driver's license or a license to
3 carry?
4    Q.  No, excuse me. A license to carry a
5 firearm.
6    A.  Not necessarily. I've had encounters
7 where people didn't have their license to carry on
8 them and I ran them through the NCIC/PCIC system and
9 a license to carry popped up valid and all. But
10 they should have their license to carry, you know,
11 on them but everybody makes mistakes. Sometimes,
12 you know, I leave the house and leave my driver's
13 license in the house as I'm going to the store real
14 fast.
15    Q.  Yeah, that's understandable. All right.
16 So the specific question was, and I should've asked
17 a better question again, is that are you familiar
18 with Pennsylvania's statute that says that if a
19 person cannot produce a license to carry the
20 firearm, that would give the officers the authority
21 to make the arrest? I'm not saying you have to, but
22 are you -- are you familiar with that?
23    A.  I'm -- so I know that you need a license
24 to carry, correct. I'm not like do I -- do I read
25 that statute, like, word for word?

### 13

1    Q.  All right.
2    A.  Like, I'm familiar with the -- the gist of
3 it. If you don't have a license to carry, you --
4 and you possess a firearm, you get locked up.
5    Q.  All right. That's good enough. Hold on
6 one second, Officer. Would you consider verifying
7 gun licenses to be a major function of your job as a
8 police officer?
9    A.  Very, very, very much so.
10    Q.  Could you explain why?
11    A.  Well, I, I'm in a tactical unit so my job
12 specifically is to initiate car stops and ped stops
13 and go into radio calls of priority. So if I'm
14 going to a person with a gun call and a guy has a
15 gun on him, I need to verify his license to carry
16 before I walk up to this guy, you know, who has a
17 firearm. Same way if I stop a vehicle; someone has a
18 license to carry, I would like to know when I pull
19 that vehicle over that there's a gun in their car
20 for my safety and, you know, the occupant's safety
21 as well.
22    Q.  Okay. All right. If you know, like, in a
23 given -- in a given week, and I'm not expecting you
24 to know the exact number every week, but generally
25 how many times would you have to verify whether a

14

1  person has a license to carry?
2     A.   In a week?
3     Q.   Yeah.
4     A.   Easy, over 20, over 20.
5     Q.   Okay.
6     A.   I normally on a active week could do
7  anywhere between 20 to 50 stops.
8     Q.   Okay. Wow. All right. So in a given
9  year approximately how many? If you could, I don't
10 expect you to know the exact -- I know, it's a lot.
11 So --
12    A.   I would -- I would say -- I would say over
13 -- over, smooth over a hundred, or like this is --
14    Q.   All right. That's fair, Officer.
15    A.   Yeah.
16    Q.   So just to be clear if a person doesn't
17 have -- you encounter -- you lawfully stop a person,
18 they have a firearm on them, and you can't confirm
19 whether their license is legit, they pretty much go
20 to jail; is that accurate?
21    A.   Go to jail? I would -- well, I wouldn't -
22 - I don't like the way that was phrased. I'd like -
23 -
24    Q.   Thank you. Let me rephrase it.
25    A.   If it was

15

1     Q.   I'll rephrase it. Yeah. Apologize. All
2  right. When you -- if you -- when you lawfully stop
3  someone and they have a firearm in their possession
4  on a public street, if they don't have a license to
5  carry that person would go to jail?
6     A.   Correct.
7     Q.   All right. In this case did you to the
8  best of your knowledge, did you attempt to verify
9  whether Mr. Quarles had a active Georgia permit,
10 according to the established policies and guidelines
11 in this case?
12    A.   So where we -- like I said, I can't really
13 remember; I do remember he didn't come back with a
14 license to carry out of Philadelphia. So --
15    Q.   All right.
16    A.   -- he said Georgia so then I did call
17 Southwest; Southwest could not confirm. I'm not
18 sure in relation to if I called Southwest detectives
19 when I -- it was during the stop or -- or after the
20 stop. You know? But I actually tried to confirm
21 with them, but like he said, you know, also, the
22 firearm was actually reported stolen and it wasn't
23 from him, so in this case it probably wouldn't -- it
24 probably wouldn't have helped if he had, you know,
25 he had a stolen firearm.

16

1     Q.   Okay. So the question basically is this:
2  When you attempted to verify whether Mr. Quarles had
3  a license out of Georgia, you didn't go outside of
4  established police department norms in trying to
5  verify his license?
6        MS. ZABEL: Objection, asked and answered.
7  Officer, you can answer.
8        THE DEPONENT: No, I think I did what I
9  could do within my realm, and that's to --
10 BY MR. BELL:
11    Q.   All right.
12    A.   -- do, you know, the basic run because
13 once you run someone you can, like, you can run
14 someone, like, NCIC through, like, the -- I would
15 say the -- I don't know, the Penn Data -- the DMV
16 database through different -- through different
17 states. However, you can't run anyone through
18 different states for a license to carry because
19 normally what happens with in Pennsylvania as soon
20 as you run the license now they update it.
21    I'm not sure if it was still that when I
22 stopped Mr. Quarles, but before you would actually
23 have to call. But now when you run a license, the -
24 - one of the very last messages is the license to
25 carry, is it revoked, the number, and the -- the

17

1  license, the carry number.
2        So as long as I get that and that's
3  verified in the NCIC/PCIC system, along with the
4  card that matches up, that person at least in
5  Philadelphia is free to go. He said he had a
6  Georgia one, so that's when I called Southwest or if
7  I didn't call them exactly I either transported it
8  to the 18th and verified it there. It was either of
9  the two. I can't -- like I said, it's been -- we're
10 talking almost two years ago, I believe.
11    Q.   All right. And the fact that he didn't
12 physically have a license on his person to give you,
13 that didn't help, either, right?
14    A.   That didn't help but again, I mean, if he
15 had a valid license to carry from Georgia with a
16 stolen firearm, you probably would still end up --
17       MR. BELL: Yeah, yeah. I'm not really --
18 I don't care about the gun, just the license issue.
19 All right. I don't have anything else for you,
20 Officer.
21       THE DEPONENT: All right.
22 EXAMINATION
23 BY MS. ZABEL:
24    Q.   Officer, I just want you to finish what
25 you were saying earlier. So Mr. Quarles was

18

1 arrested and you were telling us that if he had a
2 valid license to carry, he still had a stolen gun on
3 him, anyway. Can you explain what you were saying
4 there?
5     A. Yeah. So he -- the -- the firearm was
6 reported stolen and, you know, it wasn't reported
7 stolen from him. So if it was his, you know, like,
8 I'll break it down into, like, a car aspect. You
9 know, we stop -- we get a lot of stolen cars and
10 we'll run the tag and sometimes, you know, the owner
11 gets -- recovers the gun -- the car, I'm sorry, but
12 doesn't take it out of the system.
13     So now if he had reported it stolen but
14 ended up finding his firearm then that's one thing,
15 but for the firearm not to belong to him then that
16 means he still is in possession of stolen property.
17     MS. ZABEL: Okay. Thank you, Officer.
18 That's all I have for you.
19     MR. BELL: I have a couple of questions on
20 that, Officer.
21 FURTHER EXAMINATION
22 BY MR. BELL:
23     Q. Did you have any evidence that Mr. Quarles
24 actually stole the firearm?
25     A. No, not at all. It was just --

19

1     Q. He was just in possession of it?
2     A. Just in possession of it. No --
3     Q. Yeah. Yeah, he didn't say, "Hey, I stole
4 this firearm from Georgia." He didn't tell you
5 that?
6     A. No, not that I can remember. I wouldn't.
7     MR. BELL: I don't have anything else,
8 Officer.
9     THE DEPONENT: All right.
10     THE REPORTER: Okay. Counsel, are we
11 ready to go off the record?
12     MR. BELL: Yeah.
13     MS. ZABEL: Just let me have one more
14 question if you don't mind.
15     THE REPORTER: Yes, ma'am.
16 FURTHER EXAMINATION
17 BY MS. ZABEL:
18     Q. Officer, are you aware that whenever a
19 person is in possession of a firearm that is not
20 theirs detectives do an investigation to determine
21 who the firearm belongs to?
22     A. That's correct.
23     Q. Okay. Are you aware in this case that
24 detectives did an investigation and determined that
25 it belonged to someone other than Mr. Quarles?

20

1     A. I, I'm aware of the owner but I didn't --
2 the actual -- the owner was not -- that I know of,
3 but I'm not sure of the actual, you know,
4 investigation and the interview that took place.
5     MS. ZABEL: Got it. That's it then.
6 Thank you.
7     MR. BELL: I have a follow-up.
8 FURTHER EXAMINATION
9 BY MR. BELL:
10     Q. Officer, are you aware that the actual
11 owner of the firearm actually said Mr. Quarles
12 didn't steal it from him?
13     A. Not, yeah, I'm not aware of it. I just
14 know that he was in possession of a firearm that
15 wasn't his; that's all I know.
16     MR. BELL: All right. I have nothing
17 else.
18     MS. ZABEL: Just give me a moment, please.
19 No further questions. Thank you, Officer.
20     THE DEPONENT: Thank you.
21     THE REPORTER: Officer, if you could just
22 please stand by. Mr. Bell, would you like the
23 original of this transcript?
24     MR. BELL: Yes, please.
25     THE REPORTER: Okay. And then Ms. Zabel,

21

1 would you like a copy?
2     MS. ZABEL: Yes, please; if I could do the
3 electronic mini again? Thank you.
4     THE REPORTER: Yes, ma'am. Okay. The time
5 is 3:41 p.m. and we are now off the record.
6     (WHEREUPON, the deposition of OFFICER
7 MICHAEL TILGHMAN was concluded at 3:41 p.m.)

## Page 22

```
 1              CERTIFICATE
 2
 3      I, Jordan Weems, do hereby certify that I reported all
 4   proceedings adduced in the foregoing matter and that the
 5   foregoing transcript pages constitutes a full, true and
 6   accurate record of said proceedings to the best of my
 7   ability.
 8
 9      I further certify that I am neither related
10   to counsel or any party to the proceedings nor have any
11   interest in the outcome of the proceedings.
12
13      IN WITNESS HEREOF, I have hereunto set my hand this
14   19th day of January, 2022.
15
16
17
18
19
20   /S/  Jordan Weems
21
22
23
24
25
```

## Page 24

```
 1              DECLARATION
 2   Deposition of: Ofc. Kevin Tilghman    Date: 01/04/22
 3   Regarding:    Quarles vs. Commissioner Outlaw
 4   Reporter:     Weems/Tate
 5   _____
 6
 7   I declare under penalty of perjury the following to
 8   be true:
 9
10   I have read my deposition and the same is true and
11   accurate save and except for any corrections as made
12   by me on the Correction Page herein.
13
14   Signed at _____, _____
15   on the _____ day of _____, 2022.
16
17
18
19
20
21
22
23
24          Signature_____
25             Ofc. Kevin Tilghman
```

## Page 23

```
 1              CORRECTION SHEET
 2   Deposition of: Ofc. Kevin Tilghman    Date: 01/04/22
 3   Regarding:    Quarles vs. Commissioner Outlaw
 4   Reporter:     Weems/Tate
 5   _____
 6   Please make all corrections, changes or clarifications
 7   to your testimony on this sheet, showing page and line
 8   number.  If there are no changes, write "none" across
 9   the page.  Sign this sheet on the line provided.
10   Page   Line   Reason for Change
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23   _____  _____  _____
24          Signature_____
25             Ofc. Kevin Tilghman
```

|   |   |   |   |
|---|---|---|---|
| **1** | 20:3 20:10 | **attempted** | **break** 18:8 |
| **18th** 17:8 | **actually** 9:12 | 16:2 |   |
|   | 11:3 | **authority** | **C** |
| **2** | 11:16 15:20 | 12:20 | **capable** |
| **20** 14:4 | 15:22 16:22 |   | 7:21 8:20 |
| 14:4 14:7 | 18:24 20:11 | **aware** 19:18 | 9:17 |
| **2020** 7:13 | **affirm** 5:10 | 19:23 | **car** 13:12 |
| **2022** 5:4 | **afternoon** | 20:1 | 13:19 |
| **29** 7:13 | 5:20 5:22 | 20:10 20:13 | 18:8 18:11 |
|   | **ago** 17:10 |   | **card** 17:4 |
| **3** | **ahead** 10:20 | **B** | **care** 17:18 |
| **3:23** 5:5 | **air** 9:6 | **bachelor's** | **carry** 6:14 |
| **3:41** 21:5 | **already** 11:23 | 6:5 | 6:15 7:21 |
| 21:7 | **answer** | **based** 10:8 | 7:23 8:5 |
|   | 10:20 16:7 | 10:10 10:10 | 9:10 11:3 |
| **4** | **answered** | **basic** 16:12 | 11:10 |
| **4** 5:4 | 11:22 16:6 | **basically** | 12:3 12:4 |
|   | **anyone** 16:17 | 16:1 | 12:7 12:9 |
| **5** | **anything** | **believe** | 12:10 12:19 |
| **50** 14:7 | 17:19 19:7 | 11:5 | 12:24 |
|   | **anyway** 18:3 | 11:12 17:10 | 13:3 |
| **9** | **anywhere** 14:7 | **Bell** 5:19 | 13:15 13:18 |
| **911** 8:16 | **apologize** | 10:24 16:10 | 14:1 15:5 |
| 9:4 9:22 | 9:20 15:1 | 17:17 18:19 | 15:14 16:18 |
| 10:2 | **appear** 10:8 | 18:22 | 16:25 |
| 10:15 10:22 | **appropriate** | 19:7 | 17:1 |
|   | 10:14 | 19:12 | 17:15 18:2 |
| **A** | **approximately** | 20:7 20:9 | **carrying** 7:17 |
| **able** 11:19 | 14:9 | 20:16 20:22 | **cars** 18:9 |
| 11:24 | **arrest** 7:17 | 20:24 | **case** 5:23 |
| **according** | 12:21 | **belong** 18:15 | 8:11 15:7 |
| 15:10 | **arrested** 7:22 | **belonged** | 15:11 15:23 |
| **accurate** | 18:1 | 19:25 | 19:23 |
| 14:20 | **aspect** 18:8 | **belongs** 19:21 | **cause** 8:4 |
| **active** | **attempt** 15:8 | **best** 7:6 11:2 | **cell** 10:2 |
| 11:21 |   | 15:8 | **center** 9:3 |
| 14:6 15:9 |   | **better** 9:20 | **clear** 9:21 |
| **actual** 20:2 |   | 12:17 | 14:16 |
|   |   | **bit** 9:1 |   |



commonwealths 8:6
concluded 21:7
confirm 11:19 14:18 15:17 15:20
consider 13:6
contact 7:3
copy 21:1
correct 6:9 7:15 7:19 8:7 11:18 12:24 15:6 19:22
Counsel 5:15 19:10
couple 18:19
criminal 6:7

---
D
---
Data 16:15
database 8:24 16:16
defendant 5:23
degree 6:5
department 7:8 16:4
Department's 6:23
DEPONENT 5:13 10:21 16:8 17:21 19:9 20:20
deposition 5:1 21:6
detail 11:7
detectives 7:4 11:11 15:18 19:20 19:24
determine 19:20
determined 19:24
dial 10:2
different 16:16 16:16 16:18
dispatch 8:16 9:4 10:16 10:23
dispatcher 9:15
dispatcher's 8:18
DMV 16:15
driver's 12:2 12:12
duly 5:16
during 15:19

---
E
---
earlier 17:25
Easy 14:4
education 6:4
either 11:11 17:7 17:8 17:13
electronic 21:3
else 17:19 19:7 20:17
encounter 7:12 14:17
encountered 11:1
encounters 12:6
established 15:10 16:4
everybody 12:11
evidence 11:25 18:23
exact 13:24 14:10
exactly 17:7
EXAMINATION 5:18 17:22 18:21 19:16 20:8
examined 5:17
excuse 12:4
expect 14:10
expecting 13:23
expert 6:20 6:21
explain 13:10 18:3

---
F
---
facie 11:25
fact 17:11
fair 6:19

14:14
familiar 11:23 12:17 12:22 13:2
fast 12:14
finding 18:14
fine 8:9
finish 17:24
firearm 7:18 11:15 12:5 12:20 13:4 13:17 14:18 15:3 15:22 15:25 17:16 18:5 18:14 18:15 18:24 19:4 19:19 19:21 20:11 20:14
firearms 8:16
follow-up 20:7
form 10:19
free 17:5
front 8:18
function 13:7
fusion 9:3

---
G
---
general 7:14
generally 13:24

| | | | |
|---|---|---|---|
| **Georgia** 6:25 7:9 11:4 11:11 11:20 15:9 15:16 16:3 17:6 17:15 19:4 | **Hey** 10:3 19:3 | 19:20 19:24 20:4 | 9:10 9:10 10:4 11:3 11:10 11:21 11:21 11:25 |
| | **highest** 6:4 | **isn't** 11:24 | |
| | **Hold** 8:15 10:25 13:5 | **issue** 17:18 | |
| | **house** 12:12 12:13 | **issued** 6:24 | 12:1 12:2 12:2 12:4 |
| | | **I've** 12:6 | 12:7 12:9 12:10 12:13 |
| **Georgia's** 6:20 | **hundred** 14:13 | | 12:19 12:23 13:3 |
| | ——— I ——— | ——— J ——— | 13:15 13:18 14:1 |
| **gets** 18:11 | **I'd** 6:3 14:22 | **jail** 14:20 14:21 15:5 | 14:19 15:4 |
| **gist** 7:15 13:2 | **I'll** 6:1 15:1 18:8 | **JANUARY** 5:4 | 15:14 16:3 16:5 |
| **given** 13:23 13:23 14:8 | **illegal** 11:16 | **job** 13:7 13:11 | 16:18 16:20 16:23 16:24 |
| **guidelines** 15:10 | **I'm** 8:12 9:23 10:11 11:8 11:14 12:13 12:21 12:23 12:24 13:2 13:11 13:13 13:23 15:17 16:21 17:17 18:11 20:1 20:3 20:13 | **justice** 6:8 | 17:1 17:12 17:15 17:18 18:2 |
| **gun** 6:10 6:20 6:24 7:9 10:4 10:16 13:7 13:14 13:15 13:19 17:18 18:2 18:11 | | ——— K ——— | **licenses** 7:9 10:17 13:7 |
| | | **KEVIN** 5:2 5:16 | **little** 7:5 9:1 11:6 |
| | | **knowledge** 7:7 11:2 15:8 | **locked** 13:4 |
| | | ——— L ——— | **long** 17:2 |
| **guy** 13:14 13:16 | | **last** 16:24 | **lot** 5:24 14:10 18:9 |
| ——— H ——— | **information** 9:14 | **law** 8:3 11:23 | ——— M ——— |
| **hand** 5:8 | **initiate** 13:12 | **lawfully** 14:17 15:2 | **ma'am** 19:15 21:4 |
| **handing** 7:21 | **instances** 8:17 9:2 | **laws** 6:20 | **major** 13:7 |
| **happen** 10:12 | **instead** 9:2 | **least** 17:4 | **March** 7:13 |
| **happens** 16:19 | **interview** 11:9 20:4 | **leave** 12:12 12:12 | **matches** 17:4 |
| **having** 5:16 | **investigate** 7:5 | **legit** 14:19 | **matter** 8:2 |
| **help** 10:3 17:13 17:14 | | **level** 6:4 | **may** 5:15 |
| **helped** 15:24 | **investigation** | **license** 6:11 6:13 6:15 7:18 7:21 7:23 8:2 8:16 | |

NAEGELI
DEPOSITION & TRIAL     40 Years in Business     (800)528-3335
                                               NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| mean 8:3 17:14 | 10:20 11:1 13:6 13:8 14:14 16:7 17:20 17:24 18:17 18:20 19:8 19:18 20:10 20:19 20:21 21:6 | 21:5 21:7 | placed 7:17 |
| means 18:16 | | PA 8:21 | please 5:8 20:18 20:22 20:24 21:2 |
| messages 16:24 | | paperwork 11:9 | |
| MICHAEL 21:7 | | ped 13:12 | police 6:15 6:23 7:7 9:6 9:15 10:23 13:8 16:4 |
| mind 19:14 | | penalty 5:10 | |
| mini 21:3 | | Penn 16:15 | |
| mistaken 11:9 | | Pennsylvania 6:16 8:3 8:4 11:23 16:19 | |
| mistakes 12:11 | officers 10:16 12:20 | | policies 15:10 |
| moment 20:18 | | | policy 6:23 7:8 |
| | Oh 9:11 | Pennsylvania's 12:18 | |
| N | okay 6:2 6:7 6:17 6:19 7:6 8:4 8:15 8:23 8:25 9:8 9:13 9:24 10:7 10:25 13:22 14:5 14:8 16:1 18:17 19:10 19:23 20:25 21:4 | | popped 12:9 |
| national 8:24 | | people 12:7 | possess 13:4 |
| NCIC 6:18 7:1 9:18 16:14 | | perjury 5:10 | possession 15:3 18:16 19:1 19:2 19:19 20:14 |
| NCIC/PCIC 6:12 7:2 8:22 9:3 12:8 17:3 | | permit 6:24 15:9 | |
| | | person 6:12 11:24 12:1 12:19 13:14 14:1 14:16 14:17 15:5 17:4 17:12 19:19 | |
| necessarily 12:6 | | | pretty 10:11 14:19 |
| normally 6:15 14:6 16:19 | | | prima 11:25 |
| | | | priority 13:13 |
| norms 16:4 | operator 9:22 10:3 10:12 | Philadelphia 6:23 7:7 7:25 15:14 17:5 | probably 7:3 15:23 15:24 17:16 |
| nothing 5:12 20:16 | | | |
| | original 20:23 | phone 9:12 10:1 10:2 | proceed 5:15 |
| O | | | produce 11:24 12:19 |
| Objection 10:19 16:6 | outside 8:20 9:17 16:3 | phrased 14:22 | |
| | | physical 11:25 | proper 10:8 |
| occupant's 13:20 | owner 18:10 20:1 20:2 20:11 | | property 18:16 |
| officer 5:2 5:7 5:20 8:15 9:19 | | physically 17:12 | public 15:4 |
| | P | | pull 13:18 |
| | p.m 5:5 | | |



| | | | |
|---|---|---|---|
| **pulled** 10:1 | 15:18 | | 12:25 |
| | **relay** 9:14 | S | **steal** 20:12 |
| Q | **remember** 7:12 | **safety** | **stole** 18:24 |
| **Quarles** | 7:14 7:16 | 13:20 13:20 | 19:3 |
| 7:13 7:20 | 11:6 11:7 | **second** 8:15 | **stolen** |
| 11:2 15:9 | 11:8 | 10:25 13:6 | 11:17 15:22 |
| 16:2 | 15:13 15:13 | **should've** | 15:25 17:16 |
| 16:22 17:25 | 19:6 | 12:16 | 18:2 18:6 |
| 18:23 19:25 | **REMOTE** 5:1 | **Slippery** 6:5 | 18:7 18:9 |
| 20:11 | **rephrase** | **smooth** 14:13 | 18:13 18:16 |
| **question** 9:20 | 6:1 14:24 | **solemnly** 5:9 | **stop** 10:2 |
| 9:21 | 15:1 | **somebody** | 13:17 14:17 |
| 11:22 12:16 | **reported** | 9:3 10:1 | 15:2 |
| 12:17 | 11:17 15:22 | **someone** 13:17 | 15:19 15:20 |
| 16:1 19:14 | 18:6 18:6 | 15:3 | 18:9 |
| **questions** | 18:13 | 16:13 16:14 | **stopped** 16:22 |
| 5:24 5:25 | **REPORTER** | 19:25 | **stops** 13:12 |
| 18:19 20:19 | 5:7 5:9 | **sorry** 11:14 | 13:12 14:7 |
| | 5:14 | 18:11 | **store** 12:13 |
| R | 19:10 19:15 | **Southwest** | **street** 15:4 |
| **radio** 9:6 | 20:21 20:25 | 11:7 | **strike** 11:22 |
| 9:15 9:23 | 21:4 | 15:17 15:17 | **supervisor** |
| 9:23 13:13 | **resource** | 15:18 17:6 | 8:19 9:16 |
| **raise** 5:8 | 10:14 | **specific** 6:23 | **sure** 10:11 |
| **ran** 12:8 | **revoked** 16:25 | 7:8 7:10 | 15:18 16:21 |
| **ready** 19:11 | **rewind** 8:25 | 12:16 | 20:3 |
| **real** 12:13 | 9:1 | **specifically** | **swear** 5:9 |
| **really** 11:6 | **Rock** 6:6 | 9:21 13:12 | **sworn** 5:16 |
| 11:6 | **run** 6:12 | **stand** 20:22 | **system** 6:13 |
| 15:12 17:17 | 9:9 9:16 | **start** 6:3 | 12:8 17:3 |
| **realm** 16:9 | 9:17 | **state** 6:15 | 18:12 |
| **reciprocated** | 16:12 16:13 | 6:24 8:1 | |
| 8:5 | 16:13 16:17 | 11:4 11:20 | T |
| **record** | 16:20 16:23 | **states** | **tactical** |
| 19:11 21:5 | 18:10 | 16:17 16:18 | 13:11 |
| **recovers** | **running** | **stating** 11:8 | **tag** 18:10 |
| 18:11 | 8:20 9:3 | **statute** 12:18 | **taker** 10:12 |
| **relation** | **Ryan** 7:13 | | |



10:23
**takers** 10:21
**talking**
  9:23 17:10
**testified**
  5:17
**testimony**
  5:11
**Thank** 5:14
  5:14
  14:24 18:17
  20:6
  20:19 20:20
  21:3
**theirs** 19:20
**there's**
  8:17 8:17
  13:19
**they're** 8:20
**Tilghman**
  5:2 5:7
  5:16 5:21
  21:7
**traffic** 10:1
**training** 10:9
  10:10
**transcript**
  20:23
**transfer**
  10:13
**transported**
  17:7
**tried** 15:20
**truth** 5:11
  5:12 5:12
**try** 11:2

**trying** 16:4
**type** 11:9
**typically**
  10:16

___U___
**understand**
  5:25 8:12
  8:12 8:13
  10:15
**understandable** 12:15
**unit** 13:11
**University**
  6:6
**un-ordinary**
  10:11
**update** 16:20

___V___
**valid** 7:21
  7:23 8:2
  8:3 8:3
  9:10 11:3
  11:21
  12:9
  17:15 18:2
**vehicle** 13:17
  13:19
**verified** 17:3
  17:8
**verify** 6:10
  8:8 8:16
  10:4
  10:16 13:15
  13:25
  15:8 16:2
  16:5

**verifying**
  6:24 7:8
  13:6
**VIDEOCONFERENCE** 5:1

___W___
**walk** 13:16
**wasn't** 8:9
  15:22
  18:6 20:15
**week** 13:23
  13:24
  14:2 14:6
**we'll** 18:10
**we're** 17:9
**whenever**
  19:18
**WHEREUPON**
  21:6
**whether** 13:25
  14:19
  15:9 16:2
**whoever** 10:13
**whole** 5:12
**Wow** 14:8

___Z___
**Zabel** 10:19
  16:6
  17:23 18:17
  19:13 19:17
  20:5
  20:18 20:25
  21:2