# EXHIBIT I
**(OFFICER PONENTE'S FULL BODYCAM FOOTAGE)**