# EXHIBIT J

# PHILADELPHIA POLICE DEPARTMENT
## COMPLAINT OR INCIDENT REPORT

| YEAR | DIST./OCC. | D.C. No. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 2020 | 35 | 010242 | 3 | 35 | 31 | 2-3-2020 |

| CRIME OR INCIDENT CLASSIFICATION | CODE | TIME OUT | TIME IN |
|---|---|---|---|
| VUFA | 1501 | 451 A | 0545 A |

**LOCATION OF OCCURRENCE:** 2100 Nedro
☐ IN ☒ OUT  **TYPE OF PREM.** 53

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | NATURE OF INJURY |
|---|---|---|---|
| 2-3-2020 | 1 | 451 P | |

**COMPLAINANT:** Police
**ADDRESS:** 35th

**FOUNDED:** ☒ Yes ☐ No
**REPORT TO FOLLOW:** ☒ Yes ☐ No  ☐ Close Out
**UNIT:** 6600

**WITNESS:** ☐ Yes ☐ No
**TRACEABLE PROP.:** ☐ Yes ☐ No
**UNIQUE DESCRIPTION OF OFFENDER:** ☐ Yes ☐ No
**OTHER EVIDENCE:** ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT:**
- VUFA Arr.
Below offender arrested at above location in reference to vehicle stop for MVC. Male arrested for VUFA after Police contacted Georgia States CIC Fusion Center which revealed no permit to carry information. Gun and permit placed on Phila PR.

**OFFENDER INFORMATION:** Ryan Quarles B/M 1-16-95
1629 W Butler Phila PA 19140

**PROPERTY DESCRIPTION:**
Ruger LCR .38 spl
Serial # 545-81271
Five (5) live .38 spl rounds

**REPORT PREPARED BY:** Pongthe / Bozman
**NO.** 7384 / 7079
**DIST./UNIT:** 35
**TOTAL PAGES:** 1
**PAGE NO.:** 1

75-48 Front (Rev. 11/09)   289674 / 292904

PED # 1065601

392374

D0006