IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN QUARLES,<br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER DANIELLE<br>OUTLAW, et al.,<br>      Defendants. | Civil Action<br>No. 21-2813 |

## STIPULATION REGARDING PARTIES

Pursuant to the Court's April 25, 2022 Order (ECF Doc. 48), counsel for Plaintiff and counsel for Defendants met and conferred regarding the parties in this litigation. The parties submit the following list of Defendants in this action:

(1) Commissioner Danielle Outlaw, in her official capacity;

(2) Officer Matthew Ponente, in his individual capacity; and

(3) Officer Gina Rozman, in her individual capacity.


__/s/ Aaron Bell_____                  /s/ Shannon Zabel___

Aaron Bell, Esq.                        Shannon Zabel, Esq.
Counsel for Plaintiff, Ryan Quarles           Counsel for Defendants
Date:  April 29, 2022                    Date:  April 29, 2022