# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN QUARLES,** *Plaintiff,* | : : : : : | **CIVIL ACTION** |
| v. | : : | No. 21-2813 |
| **PHILADELPHIA POLICE OFFICERS PONENTE, et al.,** *Defendants.* | : : : : | |

## ORDER

**AND NOW**, this **2nd** day of **May 2022**, upon consideration of Defendants' partial Motion for Summary Judgment (ECF No. 46), it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**. As to Counts 4, 5, 7, 8, 9, 10, 11, and 12, summary judgment is **GRANTED**. As to Count 1, summary judgment is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Chad F. Kenney**
　　　　　　　　　　　　　　　　　　**CHAD F. KENNEY, JUDGE**